IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHNNY LEE WILLIS                                                                                                    PLAINTIFF

vs.                                                         Civil Action No. 3:09-cv-592 HTW-LRA

HINDS COUNTY; UNKNOWN COLBERT;
UNKNOWN DAWSON; UNKNOWN THOMPSON;
UNKNOWN MOORE; and UNKNOWN McBRIDE               DEFENDANTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that defendants' [25] motion to dismiss is granted. The above-styled and numbered cause is dismissed without prejudice.

**SO ORDERED, this the 21st day of May, 2010.**

                                      s/ HENRY T. WINGATE
                                      CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT